**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01511-CR

**ANTHONY SHANE KILLEBREW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81884-2012**

## ORDER

The Court **GRANTS** appellant's August 8, 2014 motion to supplement the reporter's record.

We **ORDER** court reporter Tammy K. Landers to file a supplemental reporter's record within **FIFTEEN (15) DAYS** from the date of this order that contains color versions of State's exhibits 3, 8, 16, 17, 19, 20, 27, and 28.

We **ORDER** the Clerk of the Court to send copies of this order to the parties and to Susan Maienschein, official court reporter for the 416th Judicial District Court.

/s/    LANA MYERS
        JUSTICE